IN THE TEXAS "STATE" JUDICIAL CONDUCT COMMITTEE
(17-1092-DI and 17-1093-AJ) AND
IN THE CITY OF AUSTIN MUNICIPAL COURT
(8705129) AND
IN THE TRAVIS COUNTY CRIMINAL COURT
(C-1-CR-18-210641) AND
IN THE TRAVIS COUNTY "CIVIL" COURT
(D-1-FM-03-000048) AND
IN THE WILLIAMSON COUNTY "CIVIL" COURT
(16-1855-CC2, 16-1856-CC4, 17-0222-CC4, 17-0223-CC4) AND
IN THE THIRD COURT OF APPEALS
(16-601-CV, 03-18-0552-CV) AND
IN THE FIRST COURT OF APPEALS
(01-17-00273-CR) AND
IN THE SUPREME COURT OF TEXAS
(18-0806) AND
IN THE UNITED STATES (FEDERAL) DISTRICT COURT
WESTERN DISTRICT, AUSTIN DIVISION
1-18-MJ-74-AWA, A17CV 1121SS, A17CV 1122SS, A18CV 0004LY, A18CV 0191RP, A18CV
0259RP, A18CV 0291RP, A18CV 0344RP, A18CV 0389RP, A18CV 0403RP, A18CV 0404RP, A18CV
0405RP, A18CV 0449RP, A18CV 0540RP, A18CV 0657RP, A18CV 0658RP, A18CV 747LY, A18CV
00817DAE AND
IN THE 5TH CIRCUIT
05-19-90009 Yeakel, 05-19-90010 Pitman, 05-19-90011 Sparks, 05-19-90012 Ezra, 05-19-90013 Lane,
05-19-90014 Austin, 05-19-90015 Chestney AND
IN THE 9TH CIRCUIT
AND
IN THE INTERNATIONAL CRIMINAL COURT

Cause Number: **A18CV1116** DAE

Kyle Holland,

*Plaintiff/Victim,*

Vs.

The Texas "STATE" Judicial
Conduct Committee,

*Prejudiced Defendant/Criminal,*

**Plaintiff/Victim (Kyle Holland)'s CRIMINAL complaint against the Texas "STATE" Judiciary Conduct Committee for obstructing Justice, preventing the execution of civil process, abuse of official capacity, hindering the apprehension and prosecution of liars, and neglect of duty for REFUSING to accept my CRIMINAL Judiciary Misconduct Complaints against the lawless Judges in my life, which were delivered by certified mail.**

**TO THE HONORABLE COURTS:**

     **COMES NOW,** Plaintiff/Victim: Kyle Holland, "acting" Pro-Se, due to Plaintiff/Victim's

money having been stolen by Doug Bousaid, and Plaintiff/Victim's bank account LEGALLY

BLOCKED, by Plaintiff/Victim's business partner: Doug Bousaid, in response to Plaintiff/Victim going

public with Plaintiff/Victim's true life story, wherein Doug Bousaid met Doug's wife: Danee Bousaid,

on a whore's website named: "www.sugardaddyforme.com", which is the same place that Plaintiff/

Victim met Plaintiff/Victim's black girlfriend named: Jenna Lenee Jackson, after Plaintiff/Victim was

told by Doug Bousaid to go to the same website, upon Plaintiff/Victim giving the "BEST MAN

SPEECH" at Doug, and Danee, Bousaid's wedding.  Plaintiff/Victim has brought this lawsuit against

Prejudiced Persecuting Prosecutor/Defendant/Criminal (Attorney General: Ken Paxton) because

Plaintiff/Victim has been punished severely by Plaintiff/Victim's "friends", and family members, and

unprincipled "officers of the courts" and black girlfriend: Jenna Lenee Jackson, and Prejudiced

Defendant/Criminal (The Texas "STATE" Judiciary Conduct Committee), because Plaintiff/Victim

went public with Plaintiff/Victim's true life story wherein Plaintiff/Victim's black girlfriend: Jenna

Lenee Jackson, was raped, and sadly coerced into getting an abortion, by a pimp named: Vadik

Marmer, who proudly posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE

BURNING MAN CULT", for the whole world to see.

     Upon going public with Plaintiff/Victim's true life story, Plaintiff/Victim's "friends", and

Plaintiff/Victim's family members, and Plaintiff/Victim's black girlfriend, told LIES about

Plaintiff/Victim, and about Plaintiff/Victim's "mental health", so that Plaintiff/Victim would no longer

be able to see, or speak to, Plaintiff/Victim's children (A.H. and N.H.), as a form of emotional, and

psychological punishment, which was enforced by Travis County Judges: Scott Jenkins, and Andrew

Hathcock, who signed court orders taking away Plaintiff/Victim's civil liberties with Plaintiff/Victim's

children when Plaintiff/Victim had not committed ANY CRIMES, which violated court procedures, due

process, state and federal laws, and the principles found within the United States Constitution, which protect Plaintiff/Victim's freedom of speech, so that Plaintiff/Victim does not receive emotional and psychological punishment, carried out through legal abuse by white collar criminals, in positions of corrupt judges, and unprincipled attorneys, simply because Plaintiff/Victim has been telling the truth about where Plaintiff/Victim met Plaintiff/Victim's black girlfriend (www.sugardaddyforme.com), before Plaintiff/Victim was told by Plaintiff/Victim's black girlfriend that Plaintiff/Victim's black girlfriend was RAPED, and sadly coerced into getting an abortion, by Vadik Marmer, who bragged about brainwashing girls into a Satanic Cult in San Francisco, by the name of: "The Burning Man", when Vadik PROUDLY posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT". Plaintiff/Victim has already shown the court that the Texas "STATE" Judiciary Conduct Committee, "acting" as the oversight committee for the Judges in the "STATE" of Texas, neglected their duty, and abused their "official" capacity, when the Texas "STATE" Judiciary Conduct Committee REFUSED to Prosecute the Judges in the "STATE" of Texas who "acted" CRIMINALLY by taking away Plaintiff/Victim's children when Plaintiff/Victim did not commit any CRIMINAL behavior. Plaintiff/Victim asserts that the Texas "STATE" Judiciary Conduct Committee neglected its duty, and officially oppressed Plaintiff/Victim when the Texas "STATE" Judiciary Conduct Committee officially abused its official capacity when the Texas "STATE" Judiciary Conduct Committee REFUSED to prosecute the lawless Judges in Plaintiff/Victim's life in spite of Plaintiff/Victim reducing his criminal Judicial Misconduct complaints to writing in order to participate in the "civil" process of holding lawless Judges in Plaintiff/Victim's life accountable in a court of law and that the Texas "STATE" Judiciary Conduct Committee REFUSED to hold accountable the lawless Judges in Plaintiff/Victim's life with the malicious intent to hinder the apprehension and prosecution of the liars and lawless Judges in Plaintiff/Victim's life, simply because Plaintiff/Victim came forward to report the FELONY RAPE of Jenna Lenee Jackson by Vadik Marmer. Plaintiff/Victim has already requested that the court ADMIT that certain "acts" are CRIMINAL according to certain codes and statues, including

Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.05: HINDERING APPREHENSION or PROSECUTION, and Sec. 38.16: PREVENTING EXECUTION OF CIVIL PROCESS, and Chapter 39 Abuse of Office Sec. 39.02: ABUSE of OFFICIAL CAPACITY, and Sec. 39.03: OFFICIAL OPPRESSION, and The CODE of CRIMINAL PROCEDURE TITLE 1. Chapter 2. General Duties of Officers Art. 2.01: DUTIES of DISTRICT ATTORNEYS, and Art. 2.03: Neglect of DUTY, and Art. 2.13: DUTIES and POWERS, and Art. 2.04: SHALL DRAW COMPLAINTS, and Art. 2.05: WHEN COMPLAINT IS MADE.

Plaintiff/Victim has continued to ask the Court: in the event that the court is impartial and non-biased against Plaintiff/Victim then why has the Court not proceeded with the investigation into the Felony Rape of Jenna Lenee Jackson by Vadik Marmer after Jenna LIED TO POLICE OFFICERS and gave INCONSISTENT STATEMENTS TO POLICE OFFICERS?  Plaintiff/Victim already presented the court with emails from Jenna Jackson to Plaintiff/Victim in which Jenna REJECTED Plaintiff/Victim's "job offer" which contradicts the LIE that Jenna told to police officers about Jenna "never" having dated Plaintiff/Victim however Jenna did say to police officers that Jenna only "worked for" Plaintiff/Victim however an employment agreement for Jenna, AND pay roll stubs for Jenna, DO NOT EXIST, which PROVES beyond a shadow of a doubt that Jenna LIED to police officers, to protect Jenna's pimp, rapist, baby killer, and cult leader named: Vadik Marmer, and LYING to POLICE OFFICERS and giving INCONSISTENT STATEMENTS TO POLICE OFFICERS, are CRIMES, however it appears that a court system filled with corrupt "officers of the court" such as: Greg Abbott, Ken Paxton, Brett Kavanaugh, Jeff Sessions, 26 Judges in the mental nut-job "STATE" of: TEXAS, and the Texas "STATE" Judiciary Conduct Committee cannot ADMIT what "acts" are CRIMINAL, in America, in 2018.  It also appears that a court system filled with corrupt "officers of the court" HATES PROSECUTING LYING, PREJUDICED, and RACIST, SEXUAL PREDATORS, like Donald Trump, and Roy Moore, and Brett Kavanaugh, and Vadik Marmer, in a court of law; the same way that a court system full of corrupt "officers of the court" HATED to prosecute a lying, prejudiced, racist SEXUAL

PREDATOR named: Barabbas, however a court system filled with corrupt "officers of the court"

LOVED to prosecute an innocent man, and STAPLE that INNOCENT MAN to a CROSS, made out of

a tree, because that innocent man stood up for the freedom of speech, freedom of religion, and equal

human rights of all people, and especially the POOR and HOMELESS PEOPLE. Also, Plaintiff/

Victim already presented the court with the email from Vadik Marmer to Plaintiff/Victim wherein Vadik

Marmer took over Jenna's gmail account, and THREATENED Plaintiff/Victim with VIOLENCE for

asking Jenna to tell Jenna's TRUE life story, and intercepting a person's electronic communication,

AND threatening a person with violence for asking a prostitute to tell the prostitute's true life story, to

rescue the prostitute from a PIMP, are BOTH CRIMES, which are to be prosecuted in a court of law by

the appropriate "prosecutorial" authorities after the court opens the Judiciary up to the "civil" process

of "discovery". The question the International Criminal Court has for the court system of America is:

"Why have the Judges in America not opened up the Judiciary to the "civil" process of "discovery",

and investigated Plaintiff/Victim's CRIMINAL complaint as "CRIMINAL" already? The International

Criminal Court KNOWS that an impartial and UNBIASED court system would have already opened

up the Judiciary to the "civil" process of "discovery" when Plaintiff/Victim reduced Plaintiff/Victim's

CRIMINAL COMPLAINT to writing unless, of course, there is a BIAS, and PREJUDICES, against

Plaintiff/ Victim, in the minds of the Judges, and other "officers of the court", who have attempted to

dismiss Plaintiff/Victim's CRIMINAL complaints against the LIARS in Plaintiff/Victim's life as

"frivolous", with the malicious intent to obstruct Plaintiff/Victim from getting justice, especially

without appointing an indigent Pro Se litigant with an attorney, in the "special interest of Justice". It is

evident that a BIAS against Plaintiff/Victim exists in the minds of the Judges and "officers of the court"

and "enforcement" officers AND that the aforementioned "parties" are PREJUDICED against

Plaintiff/Victim when the courts REFUSE to ADMIT that LYING is a CRIMINAL "act", while the

Prejudiced and unprincipled "officers of the court" attempt to dismiss Plaintiff/Victim's lawsuits

against lying criminals in Plaintiff/Victim's life, as "frivolous", without opening up the Judiciary to the

"civil" process of "discovery" and Plaintiff/Victim already shared this information with the court and

cited the Posner-Dowd "brief" however the Judges in Travis, and Williamson, Counties, in Texas, and

in the 9th Circuit, and in the 5th Circuit, and on the 1st Court of Appeals, and on the 3rd Court of Appeals,

and in the Supreme Court of Texas, and in the Texas "STATE" Judiciary Conduct Committee have thus

far IGNORED Plaintiff/Victim's citing which is why Plaintiff has forwarded these court documents to

the International Criminal Court in, the Hague, and sent copies to: Congressman Steve Cohen, KXAN

Investigates, Senator Heidi Heitkamp, Senator Kamala Harris, Senator Richard Blumenthal, NBC

News- Meet the Press & A.M. Joy, 60 Minutes, Face The Nation with Bob Schieffer, The Honorable

Kirstjen M. Nielsen (Secretary of Homeland Security), Austin Chronicle-Mary Tuma and Mike King,

Austin Mayor: Steve Adler, Senator Booker, Robert Mueller, Ellen Degeneres, Stephen Colbert, Jimmy

Fallon, Seth Myers, Jimmy Kimmel, Rachel Maddow, and Oprah Winfrey.

### Facts:

Plaintiff/Victim respectfully shows the Court that: The Adversarial Court System that corrupt

judges, and unprincipled attorneys, have consciously chosen to play a part in, has caused the corrupt

and unprincipled "officers of the court", to make themselves the common people's ADVERSARIES, so

that the corrupt and unprincipled "officers of the court" are QUICK to prosecute the common people

and NEVER PROSECUTE the LIARS in the common people's lives, who have TOLD LIES, with the

malicious intent to violate the common people's God-given, unalienable, equal human rights, and civil

liberties, and FORCE the common people to LIVE IN conditions of EXTREME POVERTY, the same

way that HITLER legally abused, and persecuted, non-members of the Nazi "Christian" Third Reich,

and the same way that the "Christian" Confederates and the "Christian" Klu-Klux-Klan members

legally abused, and persecuted, non-white people in the DEEPLY Prejudiced and Racist "Christian"

mental "STATE", found in the Southern States, of the Un-united States of America.

Plaintiff/Victim reminds the court that when Plaintiff/Victim reduced Plaintiff/Victim's

CRIMINAL complaint to writing, and informed the court of the FELONY RAPE of Jenna Lenee

Jackson by Vadik Marmer that the court had a DUTY to open up the Judiciary to the "civil" process of "discovery" and to conduct and INVESTIGATION into Plaintiff/Victim's observations. Plaintiff/Victim maintains that the unprincipled "officers of the court" including Judges, attorneys and "enforcement" officers are DELUSIONAL so the unprincipled "officers of the court" have REFUSED to ADMIT that LYING is a CRIME and attempted to dismiss Plaintiff/Victim's cases against the liars in Plaintiff/ Victim's life with the malicious intent to obstruct Plaintiff/Victim from getting Justice, based upon the unprincipled "officers of the court" being PREJUDICED and BIASED against Plaintiff/Victim, which is a violation of the code of ethics that the unprincipled "officers of the court" swore an oath to live by while placing their hand on a Bible and talking to Plaintiff/Victim's "GOD". Plaintiff/Victim is a good study of the history of inhumanity and Plaintiff/Victim knows that Hitler and Hitler's white-supremacist "Christian" Terrorist regime of Judges dismissed cases against Hitler's "party" anytime that an indigent Pro Se Litigant brought a lawsuit against Hitler or ANY of Hitler's white-supremacist "Christian" Terrorist "party" members. Martin Luther King, Jr. said not to forget that "Everything that Hitler did was LEGAL" because Hitler appointed white-supremacist "Christian" Terrorists to the positions of Judges, and Attorneys, and other "officers of the court", within the Judiciary, and it now appears to "We the people of the un-United States of America" that Donald Trump, Jeff Sessions, Ken Paxton, Chuck Grassley, Lindsay Graham, Brett Kavanaugh, Greg Abbot and the rest of the members of Donald Trump's radicalized terrorist cult group have been following the playbook of Hitler by electing and appointing like-minded, white-supremacist, "Christian" Terrorists to the positions of Judges (such as Brett Kavanaugh) and Attorneys (such as Jeff Sessions, and Matt Whitaker) and other "officers of the court" (such as Ken Paxton, Mike Toth, "Jack" Sigman, Greg Hitt, and Elizabeth Whited) within the Judiciary of the un-United States of America.

Plaintiff/Victim has had Plaintiff/Victim's civil liberties CRIMINALLY TAKEN AWAY with Plaintiff/Victim's children by white-supremacist "Christian" Terrorists in the positions of Judges, and Attorneys, and other "officers of the court", within the Judiciary of America, when Plaintiff/Victim

committed NO CRIMES other than REPORTING the FELONY RAPE of Jenna Lenee Jackson by a

pimp named: Vadik Marmer, who also sadly coerced Jenna into getting an abortion in exchange for

Jenna to be seen being exploited as a celebrity prostitute for the "BURNING MAN", under Jenna's

own "free will", and to prove that what Plaintiff/Victim says is true all the Courts have to do is open up

the Judiciary to the "civil" process of "discovery" with the specific intent to uncover the truth by

apprehending Jenna and Vadik Marmer to find out why Jenna LIED to POLICE OFFICERS and GAVE

INCONSISTENT STATEMENTS to POLICE OFFICERS and then Plaintiff/Victim will get RELIEF

from the liars in Plaintiff/Victim's life who have attempted to label Plaintiff/Victim "mentally ill"

simply because Plaintiff/Victim refused to stop telling Plaintiff/Victim's and Jenna's TRUE Story.

### Background:

Plaintiff/Victim delivered Plaintiff/Victim's CRIMINAL Judicial Misconduct complaints to the

Texas "STATE" Judiciary Conduct Committee in order to have an INVESTIGATION into why Judges

Scott Jenkins and Andrew Hathcock signed court orders sealing court transcripts in case#: D-1-FM-03-

000048 and took Plaintiff/Victim's children away because Plaintiff/Victim came forward to report the

Felony rape of Jenna Lenee Jackson by Vadik Marmer while Charles Holland paid Dr. Dubin and put

the Georgetown Behavioral Health Institute up to telling LIES about Plaintiff/Victim in Plaintiff/

Victim's "official" medical records however the Texas "STATE" Judiciary Conduct Committee

REFUSED to ADMIT that LYING is a CRIME, and REFUSED to open up the Judiciary to the "civil"

process of "discovery" with the malicious intent to obstruct Plaintiff/Victim from getting Justice, and to

prevent the execution of "civil" process, and to hinder the apprehension, and prosecution, of the liars in

Plaintiff's life including but certainly not limited to: Elizabeth Whited, Andrew Austin, Andrew

Hathcock, Charles Holland, David Olesky, John McMaster, Robert Pitman, Karen Lunz, Scott Jenkins

and many other liars in Plaintiff/Victim's life, which is a CRIME according to: 18 U.S. Code § 1518 -

Obstruction of criminal investigations of health care offenses AND several sections of Penal Code Title

8 Offenses against Public Administration, as outlined herein, for which the members of the Texas

"STATE" Judiciary Conduct Committee may now be Fired, Fined, and Imprisoned. Plaintiff/Victim

ALSO reminds the Courts that the Texas "STATE" Judiciary Conduct Committee's prejudiced behavior

against Plaintiff/Victim is EXACTLY the same mean-spirited kind of calloused and indifferent behavior

that led to the taking away of innocent people's children that the Nazis exhibited against the Jews and

the non-members of the Nazi "party" in Germany from 1928-1945, for which citizens of the United

States of America EXECUTED members of the Nazi "party" after the Nuremberg Trials so the

members of the Texas "STATE" Judiciary Conduct Committee should count themselves LUCKY that

people who read these court documents do not hunt the members of the Texas "STATE" Judiciary

Conduct Committee down and EXECUTE the members of the Texas "STATE" Judiciary Conduct

Committee for being so callous and indifferent towards Plaintiff/Victim that the members of the Texas

"STATE" Judiciary Conduct Committee would attempt to IGNORE Plaintiff/Victim's CRIMINAL

complaints against the lawless judges and liars in Plaintiff/Victim's life without opening up the court to

the "civil" process of "discovery" to do an investigation, with the malicious intent to obstruct

Plaintiff/Victim from getting Justice, especially when the members of the Texas "STATE" Judiciary

Conduct Committee took a frivolous oath to administer Justice equally to both the rich and the POOR,

while addressing Plaintiff/Victim's "GOD".

    Plaintiff/Victim now respectfully reminds the court that Plaintiff/Victim has signed a document

with the Federal Authorities stating that Plaintiff/Victim will not harm himself or other people so

Plaintiff/Victim is not making a THREAT to the Judiciary by sharing a warning message with the

Judiciary about the GRAVE CONSEQUENCES that people have suffered through, throughout the

history of inhumanity, for practicing prejudices and racism, in the form of man-made laws, which

justify people treating other people unequally. Plaintiff/Victim asserts that it is not Plaintiff/Victim's

fault that the members of the Texas "STATE" Judiciary Conduct Committee and SEVERAL other

members of the Judiciary (Judges AND Attorneys) have let their own egos, personal agendas, and

political views affect their reasoning capabilities to the point that the aforementioned "actors" and

"actresses" disregard the fact that the aforementioned "parties" have told LIES about Plaintiff/Victim in order to keep Plaintiff/Victim from telling Plaintiff/Victim's and Jenna's TRUE Story.

Plaintiff/Victim once again brings to the attention of the court that Plaintiff/Victim, as the CEO of Greenstar Goods, Inc., has been attempting to have a business meeting with Plaintiff/Victim's sister-in-law: Mary Ann Thompson-Frenk, since May 31st, 2013, after Plaintiff/Victim's ex-wife (Kristine Scroggie), and Plaintiff/Victim's father (Charles Holland) told Mary Ann LIES about what Judge Andrew Hathcock said about Plaintiff/Victim's "mental health" in court case #: D-1-FM-03-000048. Plaintiff/Victim continues to maintain that Kristine Scroggie and Charles Holland told Mary Ann LIES about what Judge Hathcock said about Plaintiff/Victim's "mental health" in case#: D-1-FM-03-000048, with the malicious intent to obstruct Plaintiff/Victim from having a business meeting with Mary Ann Thompson-Frenk because Kristine Scroggie and Charles Holland are lying, prejudiced, white-supremacist, "Christian" Terrorists, who desire to keep Plaintiff/Victim living in conditions of extreme poverty, because Plaintiff/Victim refuses to STOP telling Plaintiff/Victim's true life story wherein Plaintiff/Victim has continued on with the heroic and romantic rescue of Plaintiff/Victim's black girlfriend (Jenna Lenee Jackson) from the brainwashing of: Vadik Marmer, who raped Jenna, and sadly coerced Jenna into getting an abortion, so that Jenna would be seen being exploited as a celebrity prostitute for "the BURNING MAN", under Jenna's own "free will", as Vadik proudly posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT".

Plaintiff/Victim previously submitted to the courts the Posner-Dowd "Brief" which outlines the definition of ABUSE of DISCRETION when a Judge summarily IGNORES an indigent Pro-Se litigant's request for a "scheduling conference" before beginning "discovery" simply because the Judge does not want to have to administer Justice to the poor based upon the Judge's own ego, personal agenda, and political views. Plaintiff/Victim previously submitted to the court documents in which Plaintiff/Victim outlined the code of ethics which govern the behavior of an "officer of the court" wherein it is stated that an "officer of the court" is REQUIRED to RECUSE themselves from ANY

CASE in which an "officer of the court" appears to be BIASED and PREJUDICED in a case.

Plaintiff/Victim previously submitted to the courts the mental evaluation of an "expert" named: Dr. Shree Shrestha, who correctly stated that the LIARS in Plaintiff/Victim's life are the problem keeping Plaintiff/Victim living in conditions of extreme poverty however the court temporarily refused to accept the testimony of the "expert" named: Dr. Shree Shrestha, because Andrew Hathcock is an unprincipled and corrupt person who would rather trade his integrity for money and protect LIARS instead of withdrawing from the case so that Charles Holland has to tell a Jury and Plaintiff/Victim's children why Charles Holland told LIES about Plaintiff/Victim's "mental health", in Plaintiff/Victim's "official" medical records, with callous indifference to Plaintiff/Victim's God-given, unalienable, equal human rights, AND with the malicious intent to impede Plaintiff/Victim from enjoying Plaintiff/Victim's civil liberties with Plaintiff/Victim's children, and black girlfriend (Jenna Lenee Jackson), as the CEO of Greenstar Goods, Inc.

### Argument and Authority:

Plaintiff/Victim asserts that the members of the Texas "STATE" Judiciary Conduct Committee, and Ken Paxton, Greg Abbott, Donald Trump, and the rest of Donald Trump's cult supporters in, and out of, the Judiciary, are DELUSIONAL according to 2 Thessalonians 2:3 Let no one deceive you in any way (about the self evident truth of human equality). For that day will not come, unless the rebellion comes first, and the man of lawlessness (Vadik Marmer) is revealed, the son of destruction, 4 who opposes and exalts himself against God, wanting to be the object of people's worship, so that Satan takes God's seat in the temple of God, proclaiming himself to be God. 5 Do you not remember that when I was still with you I told you these things? 6 And you know what is restraining him now so that he may be revealed in his time. 7 For the mystery of lawlessness is already at work. Only he who now restrains it will do so until he is out of the way. 8 And then the lawless one (Vadik Marmer) will be revealed, whom the Lord will kill with the breath of his mouth and bring to nothing by the appearance of his coming. 9 The coming of the lawless one is by the activity of Satan with all power and false signs

and wonders, 10 and with all wicked deception for those who are perishing, because they refused to love the truth (of human equality) and so be saved. 11 Therefore God sends them a strong DELUSION, so that they may believe what is false (racial "superiority"), 12 in order that all may be condemned who did not believe the truth but had pleasure in unrighteousness.

Plaintiff/Victim respectfully notes that the "act" of accepting money to protect a liar's lies not only makes the recipient of the money culpable for the lies that the liar told but that the "act" of accepting money to protect a liar's lies is also an "act" of treason, according to the definition of an "American". An "American" is any citizen of the United States of America who stands up for and protects the Principles found within the United States Constitution which are: free speech, freedom of religion, and equal human rights. A Traitor, who can be tried, and sentenced, in a court of law for Treason, is any person who accepts money to tell lies, or to protect another liar, while censoring free speech, denying people freedom of religion, and taking away other people's equal human rights, which obstructs other people from getting Justice. The members of the Texas "STATE" Judiciary Conduct Committee accepted money to protect lawless "officers of the court" by REFUSING to Prosecute CRIMINAL Judges who "acted" together to take away Plaintiff/Victim's children when Plaintiff/Victim did not commit any CRIMINAL behavior while the members of the Texas "STATE" Judiciary Conduct Committee "acted" out their parts as "officers of the court" which means that the members of the Texas "STATE" Judiciary Conduct Committee are actively engaged in the process of obstructing yours truly from getting Justice and as such the members of the Texas "STATE" Judiciary Conduct Committee are TRAITORS to the American people for which the members of the Texas "STATE" Judiciary Conduct Committee may have their law licenses revoked, be fined, AND be imprisoned, the same way that members of the Nazi "Christian" Third Reich were tried and sentenced in the Nuremberg Trials for accepting money to commit the same type of treasonous behavior against people who were not members of the Nazi "Christian" Third Reich. Plaintiff/Victim asserts that ANY and ALL Treasonous conduct by ANY "officer of the court" is prejudicial to the effective and expeditious administration of

the business of the courts in the United States of America, and ANY COURT of LAW under the SOVEREIGN LAW of NATURE'S "GOD", wherever a court has jurisdiction over a member of the human species, regardless of the location of said court.

The members of the Texas "STATE" Judiciary Conduct Committee have attempted to keep Plaintiff/Victim's children fatherless in spite of Plaintiff/Victim having committed no crimes other than dating a black girl named: Jenna Lenee Jackson, who was raped and sadly coerced into getting an abortion by a pimp named: Vadik Marmer, in exchange for Jenna to be seen being exploited as a celebrity prostitute for the "BURNING MAN", under Jenna's own "free will", while Vadik proudly posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see. The members of the Texas "STATE" Judiciary Conduct Committee Officially Oppressed Plaintiff/Victim when the members of the Texas "STATE" Judiciary Conduct Committee REFUSED to Prosecute lawless Judges for CRIMINALLY taking away Plaintiff/Victim's children when Plaintiff/Victim did not commit any CRIMINAL behavior and now the members of the Texas "STATE" Judiciary Conduct Committee's day of reckoning is here so the International Criminal Court and the 5th Circuit may Fire, Fine, and Imprison the members of the Texas "STATE" Judiciary Conduct Committee for being lawless, prejudiced and racist pawns of Satan, according to the word of the same "GOD" that the members of the Texas "STATE" Judiciary Conduct Committee swore an oath to when the members of the Texas "STATE" Judiciary Conduct Committee became "civil" servants of Plaintiff/Victim's "GOD".

---

## REQUEST FOR ADMISSION

---

### TO THE HONORABLE COURT:

Plaintiff/Victim files this "Request for Admission" so that the Courts in Texas, and the 5th Circuit, and the 9th Circuit, and the members of the Texas "STATE" Judiciary Conduct Committee

and Greg Abbott, and Ken Paxton, or any other "officer of the court" cannot claim that a liar cannot be held accountable in a court of law under the disguise of a lawsuit being mis-categorized as a "health-care liability claim" and so that in the event that the Courts in Texas, and the 5th Circuit, and the 9th Circuit, and the members of the Texas "STATE" Judiciary Conduct Committee Greg Abbott or Ken Paxton or any other "officer of the court" REFUSE to ADMIT that LYING is a CRIME then anyone who REFUSES to ADMIT that LYING IS A CRIME may be PROSECUTED by the INTERNATIONAL CRIMINAL COURT, and in support shows the following:

Plaintiff/Victim is an indigent Pro Se Litigant who filed an affidavit of indigence and a complaint with the court and Plaintiff/Victim respectfully requests that the Courts in Texas, and the 5th Circuit, and the 9th Circuit, the members of the Texas "STATE" Judiciary Conduct Committee and Greg Abbott, and Ken Paxton and every other "officer of the court" reading this document ADMIT that the following laws, and statutes, are TRUE and violations of the following laws and statutes are to be prosecuted in a court of law, in spite of liars bending the laws, while liars deny that telling lies about a person's "mental health" in a person's medical records is a criminal offense:

1) Civil Practice and Remedies Code Title 4. LIABILITY in TORT Chapter 73 LIBEL Sec. 73.001 ELEMENTS of LIBEL. A libel is a defamation expressed in written or other graphic form that tends to blacken the memory of the dead or that tends to injure a living person's reputation and thereby expose the person to public hatred, contempt or ridicule, or financial injury or to impeach any person's honesty, integrity, virtue, or reputation or to publish the natural defects of anyone and thereby expose the person to public hatred, ridicule, or financial injury. Acts 1985, 69th Leg., ch. 959, Sec. 1, eff. 9/1/1985 and,

2) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.01. Definitions. In this chapter: (1) "Court record" means a decree, judgment, order, subpoena, warrant, minutes, or other document issued by a court of: (A) this state; (B) another state; (C) the United States; (F) any other jurisdiction, territory, or protectorate entitled to full faith and credit in this state under the United States Constitution. (2) "Governmental record" means: (A) anything belonging to,

received by, or kept by government for information, including a court record; (B) anything required by law to be kept by others for information of government; (3) "Statement" means any representation of fact. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974. Amended by Acts 2013, 83rd Leg., R.S., Ch. 161 (S.B. 1093), Sec. 16.004, eff. 9/1/2013 and,

3) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.02. PERJURY. (a) A person commits an offense when, with intent to deceive and with knowledge of the statement's meaning: (1) the person makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath. (b) An offense under this section is a Class A misdemeanor. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. 9/1/1994 and,

4) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.03. AGGRAVATED PERJURY.  (a)  A person commits an offense when the person commits perjury as defined in Section 37.02, and the false statement: (1) is made during or in connection with an "official" proceeding; and (2) is material. (b) An offense under this section is a felony of the third degree. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974.  Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 and,

5) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.06. INCONSISTENT STATEMENTS.  An information or indictment for perjury under Section 37.02 or aggravated perjury under Section 37.03 that alleges that the declarant has made statements under oath, both of which cannot be true, need not allege which statement is false.  At the trial the prosecution need not prove which statement is false. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974.  Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. 9/1/1994 and,

6) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.08: FALSE Report to Peace Officer, Federal Special INVESTIGATOR, or LAW ENFORCEMENT EMPLOYEE. (a) A person commits an offense when, with intent to deceive, the

person knowingly makes a false statement that is material to a criminal investigation and makes the statement to: (1) a peace officer or federal special investigator conducting the investigation; or (2) any employee of a law enforcement agency that is authorized by the agency to conduct the investigation and that the actor knows is conducting the investigation. (b)  In this section, "law enforcement agency" has the meaning assigned by Article 59.01, Code of Criminal Procedure. (c)  An offense under this section is a Class B misdemeanor. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974.  Amended by Acts 2011, 82nd Leg., R.S., Ch. 839 (H.B. 3423), Sec. 2, eff. September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 839 (H.B. 3423), Sec. 3, eff. 9/1/2011 and,

7) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.05. HINDERING APPREHENSION OR PROSECUTION.  (a)  A person commits an offense when, with intent to hinder the arrest, prosecution, conviction, or punishment of another for an offense or with intent to hinder the arrest of another under the authority of a warrant or capias, the person: (1) harbors or conceals the other; (2) provides or aids in providing the other with any means of avoiding arrest or effecting escape; or (3) warns the other of impending discovery or apprehension. (d) An offense under this section is a felony of the third degree when the person who is harbored, or concealed, is provided with a means of avoiding arrest or effecting escape, or warned of discovery or apprehension is under arrest for, charged with, or convicted of a felony, including an offense under Section 62.102, Code of Criminal Procedure. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974. Amended by Acts 2005, 79th Leg., Ch. 607 (H.B. 2104), Sec. 1, eff. September 1, 2005. Acts 2007, 80th Leg., R.S., Ch. 593 (H.B. 8), Sec. 1.19, eff. 9/1/2007 and,

8) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.16. PREVENTING EXECUTION of CIVIL PROCESS.  (a)  A person commits an offense when the person intentionally or knowingly by words or physical action prevents the execution of any process in a civil cause. (b)  It is an exception to the application of this section that the actor

evaded service of process by avoiding detection. (c)  An offense under this section is a Class C misdemeanor. Added by Acts 1995, 74th Leg., ch. 318, Sec. 13, eff. Sept. 1, 1995 and,

9) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.171. FAILURE to REPORT FELONY.  (a)  A person commits an offense when the person: (1) observes the commission of a felony under circumstances in which a reasonable person would believe that an offense had been committed in which an offense (like RAPE) resulted;  and (2) fails to immediately report the commission of the offense to a peace officer or law enforcement agency under circumstances in which: (A) a reasonable person would believe that the commission of the offense had NOT been reported; and (B) the person could immediately report the commission of the offense without placing himself or herself in danger of suffering serious bodily injury or death. (b)  An offense under this section is a Class A misdemeanor. Added by Acts 2003, 78th Leg., ch. 1009, Sec. 2, eff. 9/1/2003 and,

10) Penal Code Title 8. Offenses against Public Administration Chapter 39 Abuse of Office Sec. 39.02. ABUSE of OFFICIAL CAPACITY.  (a)  A public servant commits an offense when, with intent to obtain a benefit or with INTENT TO HARM or DEFRAUD ANOTHER, the person intentionally or knowingly: (1) violates a law relating to the public servant's office or employment; or (2) misuses government property, services, PERSONNEL, or any other thing of value (INTEGRITY AND PUBLIC TRUST) belonging to the government that has come into the public servant's custody or possession by virtue of the public servant's office or employment. (b)  An offense under Subsection (a)(1) is a Class A misdemeanor. (c)  An offense under Subsection (a)(2) is: (1)  a Class C misdemeanor if the value of the use of the thing misused is less than $100; (2)  a Class B misdemeanor if the value of the use of the thing misused is $100 or more but less than $750; (3)  a Class A misdemeanor if the value of the use of the thing misused is $750 or more but less than $2,500; (4)  a state jail felony if the value of the use of the thing misused is $2,500 or more but less than $30,000; (5) a felony of the third degree if the value of the use of the thing misused is $30,000 or more but less than $150,000; (6)  a felony of the second degree if

the value of the use of the thing misused is $150,000 or more but less than $300,000; or (7) a felony of the first degree when the value of the use of the thing misused is $300,000 or more. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 2015, 84th Leg., R.S., Ch. 1251 (H.B. 1396), Sec. 28, eff. 9/1/2015 and,

11) Penal Code Title 8. Offenses against Public Administration Chapter 39 Abuse of Office Sec. 39.03. OFFICIAL OPPRESSION. (a) A public servant acting under color of his office or employment commits an offense when the person: (1) intentionally subjects another to mistreatment or to arrest, detention, search, seizure, dispossession, assessment, or lien that the person knows is unlawful; (2) intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity, knowing his conduct is unlawful; or (3) intentionally subjects another to sexual harassment. (b) For purposes of this section, a public servant acts under color of the person's office or employment when the person acts or purports to act in an official capacity or takes advantage of such actual or purported capacity. (c) In this section, "sexual harassment" means unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature, submission to which is made a term or condition of a person's exercise or enjoyment of any right, privilege, power, or immunity, either explicitly or implicitly. (d) An offense under this section is a Class A misdemeanor, except that an offense is a felony of the third degree if the public servant acted with the intent to impair the accuracy of data reported to the Texas Education Agency through the Public Education Information Management System (PEIMS) described by Section 42.006, Education Code, under a law requiring that reporting. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 2013, 83rd Leg., R.S., Ch. 510 (S.B. 124), Sec. 2, eff. 9/1/2013 and,

12) Texas Health and Safety Code Chapter 181 Medical Records Privacy Sub-chapter A. General Provisions Sec. 181.001. DEFINITIONS. (a) Unless otherwise defined in this chapter, each term that is used in this chapter has the meaning assigned by the Health Insurance Portability and Accountability Act and Privacy Standards. (b) In this chapter: (1) Repealed by Acts 2015, 84th Leg., R.S., Ch. 1, Sec.

3.1639(55), eff. April 2, 2015. (2) "Covered entity" means any person who: (A) for commercial, financial, or professional gain, monetary fees, or dues, or on a cooperative, nonprofit, or pro bono basis, engages, in whole or in part, and with real or constructive knowledge, in the practice of assembling, collecting, analyzing, using, evaluating, storing, or transmitting protected health information. The term includes a business associate, health care payer, governmental unit, information or computer management entity, school, health researcher, health care facility, clinic, health care provider, or person who maintains an Internet site; (B) comes into possession of protected health information; (C) obtains or stores protected health information under this chapter; or (D) is an employee, agent, or contractor of a person described by Paragraph (A), (B), or (C) insofar as the employee, agent, or contractor creates, receives, obtains, maintains, uses, or transmits protected health information. (2-a) "Disclose" means to release, transfer, provide access to, or otherwise divulge information outside the entity holding the information. (2-b) Repealed by Acts 2015, 84th Leg., R.S., Ch. 1, Sec. 3.1639(55), eff. April 2, 2015. (3) "Health Insurance Portability and Accountability Act and Privacy Standards" means the privacy requirements in existence on 9/1/2011, of the Administrative Simplification subtitle of the Health Insurance Portability and Accountability Act of 1996 (Pub. L. No. 104-191) contained in 45 C.F.R. Part 160 and 45 C.F.R. Part 164, Subparts A and E. (4) "Marketing" means: (A) making a communication about a product or service that encourages a recipient of the communication to purchase or use the product or service, unless the communication is made: (i) to describe a health-related product or service or the payment for a health-related product or service that is provided by, or included in a plan of benefits of, the covered entity making the communication, including communications about: (a) the entities participating in a health care provider network or health plan network; (b) replacement of, or enhancement to, a health plan; or (c) health-related products or services available only to a health plan enrollee that add value to, but are not part of, a plan of benefits; (ii) for treatment of the individual; (iii) for case management or care coordination for the individual, or to direct or recommend alternative treatments, therapies, health care providers, or settings of care to the individual; or (iv) by a covered

entity to an individual that encourages a change to a prescription drug included in the covered entity's drug formulary or preferred drug list; (B) an arrangement between a covered entity and any other entity under which the covered entity discloses protected health information to the other entity, in exchange for direct or indirect remuneration, for the other entity or its affiliate to make a communication about its own product or service that encourages recipients of the communication to purchase or use that product or service; and (C) notwithstanding Paragraphs (A)(ii) and (iii), a product-specific written communication to a consumer that encourages a change in products. (5) "Product" means a prescription drug or prescription medical device. Added by Acts 2001, 77th Leg., ch. 1511, Sec. 1, eff. 9/1/2001. Amended by Acts 2011, 82nd Leg., R.S., Ch. 1126 (H.B. 300), Sec. 1, eff. 9/1/2012. Acts 2015, 84th Leg., R.S., Ch. 1 (S.B. 219), Sec. 3.1639(55), eff. 4/2/2015 and,

13) Texas Health and Safety Code Chapter 181 Medical Records Privacy Sec. 181.002 APPLICABILITY. (a) Except as provided by Section 181.205, this chapter does not affect the validity of another statute of this state that provides greater confidentiality for information made confidential by this chapter. (b) To the extent that this chapter conflicts with another law, other than Section 58.0052, Family Code, with respect to protected health information collected by a governmental body or unit, this chapter controls. Added by Acts 2001, 77th Leg., ch. 1511, Sec. 1, eff. 9/1/2001. Amended by: Acts 2011, 82nd Leg., R.S., Ch. 653 (S.B. 1106), Sec. 5, eff. 6/17/2011 and,

14) Texas Health and Safety Code Chapter 181 Medical Records Privacy Sub-chapter A. General Provisions Sec. 181.004. APPLICABILITY of "STATE" and FEDERAL LAW. (a) A covered entity, as that term is defined by 45 C.F.R. Section 160.103, shall comply with the Health Insurance Portability and Accountability Act and Privacy Standards. (b) Subject to Section 181.051, a covered entity, as that term is defined by Section 181.001, shall comply with this chapter. Added by Acts 2011, 82nd Leg., R.S., Ch. 1126 (H.B. 300), Sec. 2, eff. 9/1/2012 and,

15) Texas Health and Safety Code Chapter 181 Medical Records Privacy Prohibited ACTS Sec. 181.151. REIDENTIFIED INFORMATION. A person may not reidentify or attempt to reidentify an individual

who is the subject of any protected health information without obtaining the individual's consent or authorization if required under this chapter or other state or federal law. Added by Acts 2001, 77th Leg., ch. 1511, Sec. 1, eff. 9/1/2001 and,

16) Texas Health and Safety Code Chapter 181 Medical Records Privacy Subchapter E. ENFORCEMENT Sec. 181.201. INJUNCTIVE RELIEF; CIVIL PENALTY. (a) The attorney general may institute an action for injunctive relief to restrain a violation of this chapter. (b) In addition to the injunctive relief provided by Subsection (a), the attorney general may institute an action for civil penalties against a covered entity for a violation of this chapter. A civil penalty assessed under this section may not exceed: (1) $5,000 for each violation that occurs in one year, regardless of how long the violation continues during that year, committed negligently; (2) $25,000 for each violation that occurs in one year, regardless of how long the violation continues during that year, committed knowingly or intentionally; or (3) $250,000 for each violation in which the covered entity knowingly or intentionally used protected health information for financial gain. (b-1) The total amount of a penalty assessed against a covered entity under Subsection (b) in relation to a violation or violations of Section 181.154 may not exceed $250,000 annually if the court finds that the disclosure was made only to another covered entity and only for a purpose described by Section 181.154(c) and the court finds that: (1) the protected health information disclosed was encrypted or transmitted using encryption technology designed to protect against improper disclosure; (2) the recipient of the protected health information did not use or release the protected health information; or (3) at the time of the disclosure of the protected health information, the covered entity had developed, implemented, and maintained security policies, including the education and training of employees responsible for the security of protected health information. (c) If the court in which an action under Subsection (b) is pending finds that the violations have occurred with a frequency as to constitute a pattern or practice, the court may assess a civil penalty not to exceed $1.5 million annually. (d) In determining the amount of a penalty imposed under Subsection (b), the court shall consider: (1) the seriousness of the violation, including the nature,

circumstances, extent, and gravity of the disclosure; (2) the covered entity's compliance history; (3) whether the violation poses a significant risk of financial, reputational, or other harm to an individual whose protected health information is involved in the violation; (4) whether the covered entity was certified at the time of the violation as described by Section 182.108; (5) the amount necessary to deter a future violation; and (6) the covered entity's efforts to correct the violation. (e) The attorney general may institute an action against a covered entity that is licensed by a licensing agency of this state for a civil penalty under this section only if the licensing agency refers the violation to the attorney general under Section 181.202(2). (f) The office of the attorney general may retain a reasonable portion of a civil penalty recovered under this section, not to exceed amounts specified in the General Appropriations Act, for the enforcement of this subchapter. Added by Acts 2001, 77th Leg., ch. 1511, Sec. 1, eff. Sept. 1, 2001. Amended by: Acts 2011, 82nd Leg., R.S., Ch. 1126 (H.B. 300), Sec. 8, eff. 9/1/2012 and,

17) Texas Health and Safety Code Chapter 181 Medical Records Privacy Sec. 181.202. DISCIPLINARY ACTION. In addition to the penalties prescribed by this chapter, a violation of this chapter by a covered entity that is licensed by an agency of this state is subject to investigation and disciplinary proceedings, including probation or suspension by the licensing agency. If there is evidence that the violations of this chapter are egregious and constitute a pattern or practice, the agency may: (1) revoke the covered entity's license; or (2) refer the covered entity's case to the attorney general for the institution of an action for civil penalties under Section 181.201(b). Added by Acts 2001, 77th Leg., ch. 1511, Sec. 1, eff. Sept. 1, 2001. Amended by: Acts 2011, 82nd Leg., R.S., Ch. 1126 (H.B. 300), Sec. 9, eff. 9/1/2012 and,

18) Texas Health and Safety Code Chapter 182 Electronic Exchange of Medical Records Sub-chapter B. Administration Sec. 182.154. CRIMINAL PENALTY. (a) A person who collects, transmits, disseminates, accesses, or reports information under this sub-chapter on behalf of or as a health information exchange commits an offense when the person, with the intent to violate this sub-chapter, allows health-related information in the possession of a health information exchange to be used or disclosed in a manner that

violates this sub-chapter. (b)  An offense under this section is a Class A misdemeanor. Added: Acts 2015, 84th Leg., R.S., Ch. 1085 (H.B. 2641), Sec. 11, eff. 09/01/2015 and,

19) U.S. Code Title 18-CRIMES and CRIMINAL PROCEDURE § 1001- Statements or entries generally (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully— (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, when the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both and,

20) 18 U.S. Code § 1518 - Obstruction of criminal investigations of health care offenses (a) Whoever willfully prevents, obstructs, misleads, delays or attempts to prevent, obstruct, mislead, or delay the communication of information or records relating to a violation of a Federal health care offense to a criminal investigator shall be fined under this title or imprisoned not more than 5 years, or both. (b) As used in this section the term "criminal investigator" means any individual duly authorized by a department, agency, or armed force of the United States to conduct or engage in investigations for prosecutions for violations of health care offenses. (Health Care offenses include the fabrication of LIES-liability in tort, libel; in a person's "official medical records", with the malicious intent to socially stigmatize a person, and keep said person living in conditions of extreme poverty). (Added Pub. L. 104–191, title II, § 245(a), Aug. 21, 1996, 110 Stat. 2017.) and,

21) 18 U.S. Code § 1595 - Civil remedy (a) An individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator (or whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter) in an appropriate district court of the United States and

may recover damages and reasonable attorney's fees. (b) (1) Any civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim. (2) In this subsection, a "criminal action" includes investigation and prosecution and is pending until final adjudication in the trial court. (c) No action may be maintained under this section unless it is commenced not later than the later of— (1) 10 years after the cause of action arose; or (2) 10 years after the victim reaches 18 years of age, if the victim was a minor at the time of the alleged offense. (Added Pub. L. 108–193, § 4(a)(4)(A), 12/19/2003, 117 Stat. 2878; amended Pub. L. 110–457, title II, § 221(2), 12/23/2008, 122 Stat. 5067; Pub. L. 114–22, title I, § 120, 5/29/2015, 129 Stat. 247.) and,

22) The Code of Criminal Procedure Title 1 chapter 1 Art. 1.04 Due Course of Law. No citizen of this State shall be deprived of life, liberty, property, privileges, immunities, or in any manner disfranchised, except by the due course of the law of the land. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

23) Art. 1.05. RIGHTS of ACCUSED. In all criminal prosecutions the accused shall have a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him, and to have a copy thereof. He shall not be compelled to give evidence against himself. He shall have the right of being heard by himself, or counsel, or both; shall be confronted with the witnesses against him, and shall have compulsory process for obtaining witnesses in his favor. No person shall be held to answer for a felony unless on indictment of a grand jury. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

24) Art. 1.051. Right to REPRESENTATION BY COUNSEL. (a) A defendant OR A PLAINTIFF in a criminal matter is entitled to be represented by counsel in an adversarial judicial proceeding. The right to be represented by counsel includes the right to consult in private with counsel sufficiently in advance of a proceeding to allow adequate preparation for the proceeding. (b) For the purposes of this article and Articles 26.04 and 26.05 of this code, "indigent" means a person who is not financially able to employ counsel. (c) An indigent PERSON is entitled to have an attorney appointed to represent the indigent

person in any adversary judicial proceeding that may result in punishment by confinement and in any other criminal proceeding when the court concludes that the interests of justice require representation and,

25) Art. 1.051. RIGHT TO REPRESENTATION BY COUNSEL. Subsection (c-1), when an indigent person is entitled to and requests appointed counsel and when adversarial judicial proceedings have been initiated against the indigent person, a court or the courts' designee authorized under Article 26.04 to appoint counsel for indigent people in the county in which the indigent person is LIED ABOUT and arrested shall appoint counsel as soon as possible and,

26) Art. 1.051. RIGHT TO REPRESENTATION BY COUNSEL. (d) An eligible indigent person is entitled to have the trial court appoint an attorney to represent the indigent person in the following appellate and post-conviction habeas corpus matters: (1) an appeal to a court of appeals; (2) an appeal to the Court of Criminal Appeals when the appeal is made directly from the trial court or when a petition for discretionary review has been granted; (3) a habeas corpus proceeding when the court concludes that the interests of justice require representation; and (4) any other appellate proceeding when the court concludes that the interests of justice require representation and,

27) Art. 1.051. RIGHT TO REPRESENTATION BY COUNSEL. (k) A court or the courts' designee may without unnecessary delay appoint new counsel to represent an indigent person for whom counsel is appointed under Subsection (c), (c-1), or (i) when: good cause to appoint new counsel is stated on the record as required by Article 26.04(j)(2). Added by Acts 1987, 70th Leg., ch. 979, Sec. 1, eff. 9/1/1987. Amended by: Acts 2015, 84th Leg., R.S., Ch. 858 (S.B. 1517), Sec. 1, eff. 9/1/2015 and,

28) Art. 1.12. RIGHT to JURY. The right of trial by jury shall remain inviolate. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

29) Art. 1.16. LIBERTY of SPEECH and PRESS. Every person shall be at liberty to speak, write or publish his opinion on any subject, being liable for the abuse of that privilege; and no law shall ever be

passed curtailing the liberty of speech or of the press. In prosecutions for the publication of papers investigating the conduct of officers or men in public capacity, or when the matter published is proper for public information, the truth thereof may be given in evidence. In all indictments for libels, the jury shall have the right to determine the law and the facts, under the direction of the court, as in other cases. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

30) The Code of Criminal Procedure Title 1 Chapter 2 General Duties of Officers Art. 2.01. DUTIES of DISTRICT ATTORNEYS. Each district attorney shall represent the State in all criminal cases in the district courts of his district and in appeals therefrom, except in cases where he has been, before his election, employed adversely. When any criminal proceeding is had before an examining court in his district or before a judge upon habeas corpus, and he is notified of the same, and is at the time within his district, he shall represent the State therein, unless prevented by other official duties. It shall be the primary duty of all prosecuting attorneys, including any special prosecutors, not to convict, but to see that justice is done. They shall not suppress facts or secrete witnesses capable of establishing the innocence of the accused. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722. Amended by Acts 1981, 67th Leg., p. 801, ch. 291, Sec. 98, eff. 9/1/1981 and,

31) Art. 2.03. NEGLECT of DUTY. (a) It shall be the duty of the attorney representing the State to present by information to the court having jurisdiction, any officer for neglect or failure of any duty enjoined upon such officer, when such neglect or failure can be presented by information, whenever it shall come to the knowledge of said attorney that there has been a neglect or failure of duty upon the part of said officer; and he shall bring to the notice of the grand jury any act of violation of law or neglect or failure of duty upon the part of any officer, when such violation, neglect or failure is not presented by information, and whenever the same may come to his knowledge. (b) It is the duty of the trial court, the attorney representing the accused, the attorney representing the state and all peace officers to so conduct themselves as to insure a fair trial for both the state and the defendant, not impair the presumption of innocence, and at the same time afford the public the benefits of a free press. Acts 1965,

59th Leg., vol. 2, p. 317, ch. 722.  Amended by Acts 1967, 60th Leg., p. 1733, ch. 659, Sec. 3, eff. Aug. 28, 1967 and,

32) Art. 2.04. SHALL DRAW COMPLAINTS.  Upon complaint being made before a district or county attorney that an offense has been committed in his district or county, he shall reduce the complaint to writing and cause the same to be signed and sworn to by the complainant, and it shall be duly attested by said attorney. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

33) Art. 2.05. WHEN COMPLAINT IS MADE.  When the offense be a misdemeanor, the attorney shall forthwith prepare an information based upon such complaint and file the same in the court having jurisdiction; provided, that in counties having no county attorney, misdemeanor cases may be tried upon complaint alone, without an information, provided, however, in counties having one or more criminal district courts an information must be filed in each misdemeanor case.  When the offense be a felony, he shall forthwith file the complaint with a magistrate of the county. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

34) Art. 2.10. DUTY OF MAGISTRATES.  It is the duty of every magistrate to preserve the peace within their jurisdiction by the use of all lawful means; to issue all process intended to aid in preventing and suppressing crime; to cause the arrest of offenders by the use of lawful means in order that they may be brought to punishment. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

35) Art. 2.11. EXAMINING COURT.  When the magistrate sits for the purpose of inquiring into a criminal accusation against any person, this is called an examining court. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722 and,

36) Art. 2.122. SPECIAL INVESTIGATORS. (a)  The following named criminal investigators of the United States shall not be deemed peace officers, but shall have the powers of arrest, search, and seizure under the laws of this state as to felony offenses only: (1)  Special Agents of the Federal Bureau of Investigation; (2)  Special Agents of the Secret Service; (3)  Special Agents of the United States

Immigration and Customs Enforcement; (4)  Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives; (5)  Special Agents of the United States Drug Enforcement Administration; (6)  Inspectors of the United States Postal Inspection Service; (7)  Special Agents of the Criminal Investigation Division of the Internal Revenue Service; (8)  Civilian Special Agents of the United States Naval Criminal Investigative Service; (9)  Marshals and Deputy Marshals of the United States Marshals Service; (10)  Special Agents of the United States Department of State, Bureau of Diplomatic Security; (11)  Special Agents of the Treasury Inspector General for Tax Administration; (12)  Special Agents of the Office of Inspector General of the United States Social Security Administration; (13)  Special Agents of the Office of Inspector General of the United States Department of Veterans Affairs; and (14)  a police officer with the Office of Security and Law Enforcement of the United States Department of Veterans Affairs. (g)  In addition to the powers of arrest, search, and seizure under Subsection (a), a Special Agent of the Secret Service protecting a person described by 18 U.S.C. Section 3056(a) or investigating a threat against a person described by 18 U.S.C. Section 3056(a) has the powers of arrest, search, and seizure as to: (1) misdemeanor offenses under the laws of this state; and (2) any criminal offense under federal law. Added by Acts 1985, 69th Leg., ch. 543, Sec. 1, eff. 9/1/1985.  Renumbered from art. 2.121 and amended Acts 2013, 83rd Leg., R.S., Ch. 741 (S.B. 284), Sec. 1, eff. June 14, 2013 and,

37) Art. 2.13. DUTIES and POWERS.  (a)  It is the duty of every peace officer to preserve the peace within the officer's jurisdiction.  To effect this purpose, the officer shall use all lawful means. (b) The officer shall: (1) in every case authorized by the provisions of this Code, interfere without warrant to prevent or suppress crime; (2) execute all lawful process issued to the officer by any magistrate or court; (3) give notice to some magistrate of all offenses committed within the officer's jurisdiction, where the officer has good reason to believe there has been a violation of the penal law;  and (4) arrest offenders without warrant in every case where the officer is authorized by law, in order that they may be taken before the proper magistrate or court and be tried. (c) It is the duty of every officer to take possession of a child under Article 63.009(g). Text of subsection as added by Acts 2017, 85th Leg., R.S., Ch. 4 (S.B.

4), Sec. 6.01 (d)  Subject to Subsection (e), in the course of investigating an alleged criminal offense, a peace officer may inquire as to the nationality or immigration status of a victim of or witness to the offense only if the officer determines that the inquiry is necessary to: (1) investigate the offense; or (2) provide the victim or witness with information about federal visas designed to protect individuals providing assistance to law enforcement. Text of subsection as added by Acts 2017, 85th Leg., R.S., Ch. 34 (S.B. 1576), Sec. 3 (d)  On a request made by that office, a peace officer shall execute an emergency detention order issued by the Texas Civil Commitment Office under Section 841.0837, Health and Safety Code. (e)  Subsection (d) does not prevent a peace officer from: (1) conducting a separate investigation of any other alleged criminal offense; or (2) inquiring as to the nationality or immigration status of a victim of or witness to a criminal offense if the officer has probable cause to believe that the victim or witness has engaged in specific conduct constituting a separate criminal offense. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722. Amended by Acts 2017, 85th Leg., R.S., Ch. 34 (S.B. 1576), Sec. 3, eff. September 1, 2017 and,

38) Art. 2.29. Report Required in connection with FRAUDULENT USE or POSSESSION OF IDENTIFYING INFORMATION.  (a)  A peace officer to whom an alleged violation of Section 32.51, Penal Code, is reported shall make a written report to the law enforcement agency that employs the peace officer that includes the following information: (1) the name of the victim; (2) the name of the suspect, if known; (3) the type of identifying information obtained, possessed, transferred, or used in violation of Section 32.51, Penal Code; and (4) the results of any investigation. (b)  On the victim's request, the law enforcement agency shall provide the report created under Subsection (a) to the victim. In providing the report, the law enforcement agency shall redact any otherwise confidential information that is included in the report, other than the information described by Subsection (a). Added by Acts 2005, 79th Leg., Ch. 294 (S.B. 122), Sec. 1(a), eff. 9/1/2005 and,

39) Art. 2.30: Report Concerning certain ASSAULTIVE or TERRORISTIC OFFENSES. (a) This article applies only to the following offenses: (1) assault under Section 22.01, Penal Code; (2) aggravated

assault under Section 22.02, Penal Code; (3) sexual assault under Section 22.011, Penal Code; (4) aggravated sexual assault under Section 22.021, Penal Code; and (5) terroristic threat under Section 22.07, Penal Code. (b)  A peace officer who investigates the alleged commission of an offense listed under Subsection (a) shall prepare a written report that includes the information required under Article 5.05(a). (c)  On request of a victim of an offense listed under Subsection (a), the local law enforcement agency responsible for investigating the commission of the offense shall provide the victim, at no cost to the victim, with any information that is: (1) contained in the written report prepared under Subsection (b); (2) described by Article 5.05(a)(1) or (2); and (3) not exempt from disclosure under Chapter 552, Government Code, or other law. Added by Acts 2007, 80th Leg., R.S., Ch. 1057 (H.B. 2210), Sec. 1, eff. 9/1/2007.

Plaintiff/Victim is an indigent American Civilian living in Travis County and Plaintiff/Victim relies on the following facts as a reasonable explanation for the requested Admission:

Plaintiff/Victim relies upon the rule of God's Sovereign law (treat other people equally), and printed text such as medical records, court transcripts, and other forms of communication such as letters, emails, and texts from social media and other outlets, to hold accountable liars in, and out of, a court of law, and as such Plaintiff/Victim reminds the court that good students of the history of inhumanity made laws to protect indigent people from the criminal "acts" of liars, who are known for telling lies, under oath, OR NOT, in, and out of, a court of law, in spite of many of the liars placing their hand on a Bible, or other "HOLY TEXT", and swearing an oath to tell the truth, and to treat other people equally, while talking to "GOD". Plaintiff/Victim now humbly reminds the court of: Matthew 12:34 "O generation of vipers, how can ye, being evil, speak good things? for out of the abundance of the heart the mouth speaketh. 35 A good man out of the good treasure of the heart bringeth forth good things: and an evil man out of the evil treasure bringeth forth evil things. 36 But I say unto you, that every idle word that men shall speak, they shall give account thereof in the day of

judgment. 37 **For by thy words thou shalt be justified, and by thy words thou shalt be Condemned."**

Plaintiff/Victim maintains that Judge Andrew Hathcock said that he would not allow Plaintiff/Victim to depose Mary Ann Thompson-Frenk in A RELATED case #: D-1-FM-03-000048 (in Travis County) or 16-601-CV (in the Third Court of Appeals) so that Mary Ann could know the truth about Kristine Scroggie telling lies to Mary Ann about what Judge Hathcock said about Plaintiff/Victim's "mental health" in Judge Hathcock's court room on May 31st, 2013; Lies which Kristine Scroggie told to Mary Ann to keep Mary Ann from investing in Greenstar Goods. In fact, instead of Judge Hathcock allowing Plaintiff/Victim to have the court transcripts for free, per the law, and instead of Judge Hathcock allowing Plaintiff/Victim to depose Mary Ann after Mary Ann entered an Affidavit into court, under the civil procedure of "discovery", Judge Hathcock signed a court ORDER DENYING Plaintiff/Victim's lawful request for the court transcripts AND the deposition, which is a violation of due process, court procedures, the code of ethics, and the Judges Canons, which govern the behavior of an "officer of the court", and a Judge, and as such the Judge may be IMPEACHED, and fined, and imprisoned, for violating the civil liberties of an innocent Civilian by taking away the innocent Civilian's children when the Civilian did not commit "criminal behavior", including not telling LIES.

Plaintiff/Victim provided the court transcripts from one of the hearings in case#: D-1-FM-03-000048 wherein Judge Andrew Hathcock said: "Mary Ann will NEVER know about the LIES that Kristine Scroggie told to Mary Ann" so that Mary Ann will not invest in Greenstar Goods (under the watch of lying, lawless, unprincipled, corrupt, money-loving, prejudiced, and racist, religious terrorist Judges named: Andrew Hathcock and Scott Jenkins, and while the 1st and 3rd Court of Appeals, and the 5th and 9th Circuit are under the corrupt influence of Donald Trump, Jeff Sessions, and Greg Abbott).

Plaintiff/Victim also maintains that the G.B.H.I. told LIES about Plaintiff/Victim's "mental health", in Plaintiff/Victim's medical records, after Plaintiff/Victim's father: Charles Holland, put the

G.B.H.I. up to telling LIES about Plaintiff/Victim's "mental health", and medical history, and then the

G.B.H.I. PAID David Olesky to protect the LIES of a LIAR as if David Olesky sold his soul to the

devil and received monetary compensation to protect the lies of a liar, after becoming a "civil

servant" of "GOD" when David Olesky swore an oath on the Bible to treat other people equally, and

to "act" out his part as an "officer of the court" who protects HUMAN EQUALITY and administers

Justice equally to the poor and the "rich" and does not assist in the taking away of innocent people's

God-given, unalienable, equal human rights and civil liberties by working with prejudiced and racist

religious terrorists wearing ROBES as JUDGES; the same way that Judge Andrew Hathcock and

Scott Jenkins wore ROBES, as JUDGES, in Plaintiff/Victim's cases wherein the aforementioned

Judges took away Plaintiff/Victim's children when Plaintiff/Victim did not commit ANY "criminal"

offenses AND the same way that the Pharisees/Victim wore ROBES as JUDGES when the Pharisees

crucified an innocent man for telling the truth about HUMAN EQUALITY.

### Discovery:

Discovery shall be conducted pursuant to Rule 190.4- By Order (Level 3). The court must, on a

party's motion, order that discovery be conducted in accordance with a discovery control plan tailored

to the circumstances of the specific suit. The court should act on a party's motion as promptly as

reasonably possible. The plan: (1) date for a trial setting; (2) a discovery period during which

discovery is to be conducted for an appropriate phase of the case; and (3) prosecutors may join

additional parties at any time a party is found to be telling lies or giving inconsistent statements during

the proceeding. Plaintiff/Victim proposes that the trial of the members of the Texas "STATE"

Judiciary Conduct Committee be held on December 17th, 2018 at 11:30 a.m. and that discovery be

conducted over the course of the preceding weeks leading up to the trial. As part of "discovery"

Plaintiff/Victim requests that the Court of Georgetown ORDER the court transcript for the hearing that

took place on May 3st, 2013 in case #: D-1-FM-03-000048, wherein Plaintiff/Victim caught Kristine

Scroggie telling LIES under Oath about this case "not being about money", AND the deposition of Dr.

Dubin wherein Plaintiff/Victim caught Dr. Dubin telling LIES under oath about "not knowing how Leslie Massad and Jack Sigman received a copy of the illegal medical record that Dr. Dubin produced and distributed about Plaintiff/Victim's mental health without a court order or Plaintiff/Victim's prior written consent", AND the court transcript for the "private" hearing that took place between Judge Alan Mayfield, David Oleksy, and Charles Holland in Case#: 16-1855-CC2 on 8/29/2018 at 10:45 a.m., wherein Judge Mayfield REFUSED to ADMIT that LYING is a CRIME, AND the subsequent recorded conversation that Judge Alan Mayfiled and Plaintiff/Victim had, on the record at 11:25 a.m., wherein Judge Alan Mayfield told Plaintiff/Victim that Judge Mayfield "does not believe that the court system is the appropriate place for holding liars accountable" in spite of Plaintiff/Victim citing: 1) Civil Practice and Remedies Code Title 4. LIABILITY IN TORT Chapter 73. LIBEL sub-chapter A. General Provision Sec. 73.001. ELEMENTS OF LIBEL, 2) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.01., 3) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.02., 4) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.03. AGGRAVATED PERJURY, 5) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.06. INCONSISTENT STATEMENTS, 6) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.08. FALSE REPORT to PEACE OFFICER, FEDERAL SPECIAL INVESTIGATOR, or LAW ENFORCEMENT EMPLOYEE, 7) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.05. HINDERING APPREHENSION or PROSECUTION, 8) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.16. PREVENTING EXECUTION of CIVIL PROCESS and 9) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.171. FAILURE to REPORT FELONY in several complaints; to which Judge Alan Mayfield responded: "I do not believe that your best and most appropriate course of action for remedy is through the court however I

do think that you should seek counseling" which is the same advice that Plaintiff/Victim's former court

appointed attorney: John "Jack" Sigman gave to Plaintiff/Victim as "Jack" claimed that "Jack" was not

bullying Plaintiff/Victim after "Jack" took Plaintiff/Victim to a corrupt Dr. named: William Dubin,

under duress, so that Plaintiff/Victim's father could pay Dr. Dubin $4,000 to tell lies about

Plaintiff/Victim's mental health in an attempt to re-identify Plaintiff/Victim as "mentally ill" because

Plaintiff/Victim gave up Plaintiff/Victim's white privilege to date a black girl named: Jenna Lenee

Jackson, who was raped, and sadly coerced into getting an abortion by a pimp named: Vadiik Marmer,

in exchange for Jenna to be seen being exploited as a celebrity prostitute for the "Burning Man" under

Jenna's own "free will" while Vadik Marmer proudly posted a video on Facebook titled: "HOW TO

BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the world to see and to which Alan

Mayfield responded by dismissing Plaintiff/Victim's lawsuit against the G.B.H.I. while Alan Mayfield

refused to open the court up to the "civil" process of "discovery" because Alan Mayfield does not want

to believe that Plaintiff/Victim's former court appointed attorney: John "Jack" Sigman took Plaintiff/

Victim to a corrupt Dr. named: William Dubin, under duress, so that Plaintiff/Victim's father could pay

Dr. Dubin $4,000 to tell lies about Plaintiff/Victim's mental health in an attempt to re-identify

Plaintiff/Victim as "mentally ill" because Plaintiff/Victim gave up his white privilege to date a black

girl named: Jenna Lenee Jackson, who was raped, and sadly coerced into getting an abortion by a pimp

named: Vadik Marmer, in exchange for Jenna to be seen being exploited as a celebrity prostitute for the

"Burning Man" under Jenna's own "free will" while Vadik Marmer proudly posted a video on

Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the

world to see.

### Prayer:

Plaintiff/Victim prays that Courts in Texas, and the 5th Circuit, and the 9th Circuit, and the

members of the Texas "STATE" Judiciary Conduct Committee, and Greg Abbott, and Ken Paxton,

and every other "officer of the court" reading this document ADMIT that the aforementioned laws

and statutes are TRUE and that violations of the stated laws and statutes are to be prosecuted in a court of law, in spite of liars contesting the laws and statutes, while liars deny that telling lies about a person's "mental health" in a person's medical records is a criminal offense.  Plaintiff/Victim further prays for the Court of Georgetown to appoint Plaintiff/Victim with a new Judge who will not make the same mistake as Alan Mayfield, whose frivolous attempt to obstruct Plaintiff/Victim from getting Justice by refusing to open up the Judiciary to the "civil" process of "discovery", is not repeated, so that the court examines the facts about Plaintiff/Victim's CRIMINAL complaint, under the "civil" process of "discovery", and when the court acknowledges that what Plaintiff/Victim says is true, that the liars in Plaintiff'/Victims life are PROSECUTED according to the LAW.  Plaintiff/Victim PRAYS for the United States FEDERAL GOVERNMENT to Fire, Fine, and IMPRISON the members of the Texas "STATE" Judiciary Conduct Committee for obstructing Justice by REFUSING to Prosecute the lawless Judges in Plaintiff/Victim's life who refused to Investigate the Rape of Jenna Lenee Jackson by Vadik Marmer in the "civil" process of "discovery", and for REFUSING to have the "STATE" of Texas appoint Plaintiff/Victim legal counsel in the "special interest of Justice", and for REFUSING to Prosecute Vadik Marmer for the FELONY RAPE of Jenna Lenee Jackson, and for REFUSING to admit that LYING IS A CRIME, and for REFUSING to ORDER a discovery control plan pursuant to rule 190.4 so that the case could not proceed to be adjudicated through the "civil" process of "discovery", and for REFUSING Plaintiff/Victim a JURY TRIAL, and for REFUSING to allow Plaintiff/Victim to call WITNESSES favorable to Plaintiff/Victim to the witness stand, and for ALLOWING an illegally produced mental evaluation by the G.B.H.I., filled with lies about Plaintiff/Victim's medical history and mental health, to live on as part of "alternate reality" without holding accountable the liars who made the FALSE medical records, and in the event that the United States FEDERAL GOVERNMENT REFUSES to Fire, Fine, and Imprison the members of the Texas "STATE" Judiciary Conduct Committee or ANY of the other Judges that Plaintiff has filed Judicial Misconduct complaints against in the "Christian" mental nut-job "STATE" of Texas, Plaintiff/Victim

PRAYS that the International Criminal Court IMPEACH ALL of the members of the Texas "STATE"

Judiciary Conduct Committee AND the members of the 5th CIRCUIT, and ALL of the FEDERAL and

"STATE" JUDGES that Plaintiff has filed Judicial Misconduct Complaints against in the 5th Circuit.

Respectfully submitted,

By: /s/ Kyle Holland

**Kyle Holland, Plaintiff/Victim/Defendant**
4430 Manchaca Rd. #3
Austin, Texas 78745
**REPRESENTATIVE of: HUMAN EQUALITY**
**On Behalf of: The "Son of Man"**
kyleholland@msn.com, kyleholland71@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December 2018, a true and correct copy of this document has

been sent to the Southern Poverty Law Center, the F.B.I., the D.O.J., the 3rd and 1st Court of appeals, the 5th and

9th circuits, Defendant's attorney (Greg Hitt), Justin Nelson, Brian Wice, Kent Schaffer, Nicole DeBorde, and

many news organizations around the world, as follows:

***Via E-Service:***
the SPLC, alan.buie@usdoj.gov, Austin.SA@fbi.gov, gideon.resnick@thedailybeast.com,
marlow.stern@thedailybeast.com, shawn.dick@wilco.org, royce.lemoine@scjc.texas.gov,
eric.vinson@scjc.texas.gov, annhoward@austinecho.org, kveklerov@sfchronicle.com, news-tips@nytimes.com,
news@kut.org, newstips@statesman.com, Matt.Ferner@huffingtonpost.com, lpitts@miamiherald.com,
realbrew2016@email.com, rachel@msnbc.com, adam.elmahrek@latimes.com, pjankowski@statesman.com,
frank.saldana@austintexas.gov, fioannou@sfchronicle.com, haleaziz@sfchronicle.com,
srubenstein@sfchronicle.com, 3rdclerksandreporters@txcourts.gov, asegura@efeamerica.com,
esernoffsky@sfchronicle.com, lindernelson@aol.com, Carrie.Sutherland@unthsc.edu,
mtuma@austinchronicle.com, talon_eye@yahoo.com, clindell@statesman.com, jtilove@statesman.com,
jawalker@sbgtv.com, wgselby@statesman.com, kherman@statesman.com, mparker@acnnewspapers.com,
rhaurwitz@statesman.com, debbie.Hiott@coxinc.com, editors@statesman.com, reportit@kxan.com

AND by physical mail sent to the 5th circuit (600 S. Maestri Place, New Orleans, LA 70130),

AND by physical mail sent to the 9th circuit (P.O. Box 193939 San Francisco, CA 94119-3939),

AND by physical mail sent to the Information and Evidence Unit of the Office of the Prosecutor
(Post Office Box 19519, 2500 CM The Hague in The Netherlands),

AND by hand delivery to the United States Federal District Court, Western District, Austin Division,

AND by hand delivery to the Supreme Court of Texas,

AND by hand delivery to the Travis County Civil and Criminal, and Austin Municipal Courts,

AND The Court of Georgetown by way of efiletexas.gov

AND by physical mail to Justin Nelson, Brian Wice, Kent Schaffer, and Nicole Borde.

By: /s/ Kyle Holland